The Bowery Savings Bank, Respondent, v. Lily Sarasohn and Others,

* Affd., 263 N. Y. 439.   † Affd., 263 N. Y. 525.

Defendants, Impleaded with SELMA KAMAIKY and Others, as Trustees, etc., Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.